UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REHAN SHEIKH,<br><br>           Plaintiff,<br><br>   v.<br><br>BRIAN KELLY, ET AL.,<br><br>           Defendants. | No. 2:14-cv-0751 GEB AC PS<br><br><br><br>ORDER |

Pending before the court is pro se plaintiff's March 24, 2014 request for electronic document submission. On April 15, 2014, plaintiff was directed to file a declaration in support of his request setting forth his familiarity with the requirements applicable to electronic filing in this court and his awareness of the hardware and software needed for electronic filing. Having received and reviewed plaintiff's declaration (ECF No. 17), IT IS HEREBY ORDERED that plaintiff's March 24, 2014 request for electronic document submission (ECF No. 2) is granted. Plaintiff may now file all documents electronically pursuant to Local Rule 133.

DATED: May 12, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1