KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA 93721
 Telephone: (559) 477-1680
 Fax: (559) 445-5106
 E-mail: Matthew.Besmer@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REHAN SHEIKH,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**BRIAN KELLY Secretary, California State Transportation Agency and Mark Tweety, Manager, Department of Motor Vehicles,**<br><br>                              Defendants. | 2:14-cv-751 GEB AC PS<br><br>**FIRST AMENDED STIPULATION TO CONTINUE HEARING**<br><br>Date:           July 2, 2014<br>Time:          10:00 a.m.<br>Courtroom: 26, 8th Floor<br>Judge:         Honorable Allison Claire<br><br>Trial Date:    TBA<br>Action Filed: March 24, 2014 |

### STIPULATION

Defendants Brian Kelly, Secretary of California State Transportation Agency, and Mark Tweety, Manager, Department of Motor Vehicles motion to dismiss Plaintiff's complaint for mootness, lack of standing, and for failing to state a claim is scheduled for hearing on June 25, 2014, at 10:00 a.m.

/ / /

/ / /

1

Defendants' counsel, Matthew T. Besmer, has a scheduling conflict concerning this motion.

Therefore, the parties stipulate that the hearing should be continued until July 2, 2014, at 10:00 a.m., in Court room 26, or as soon thereafter as may be heard by the Court.

**SO STIPULATED**

Dated:  June 6, 2014                                      Respectfully submitted,

                                                          KAMALA D. HARRIS
                                                          Attorney General of California
                                                          SCOTT H. WYCKOFF
                                                          Supervising Deputy Attorney General


                                                          */s/ MATTHEW T. BESMER*


                                                          MATTHEW T. BESMER
                                                          Deputy Attorney General
                                                          *Attorneys for Defendants*




                                                          */s/ REHAN SHEIKH*

Dated:  June 6, 2014                                      _____
                                                          **REHAN SHEIKH**

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

Defendants' motion to dismiss Plaintiff's complaint for mootness, lack of standing, and for failing to state a claim that is currently set for hearing on June 25, 2014, at 10:00 a.m., is continued until July 2, 2014, at 10:00 a.m., in Courtroom 26.

Dated: June 9, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2014115505
95108517.doc