UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REHAN SHEIKH, | No. 2:14-cv-00751 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| BRIAN KELLY and MARK TWEETY, | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 22, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 44.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 22, 2014, are adopted in full;

1

2. Plaintiff's Motion for Summary Judgment (ECF No. 33) is denied as premature; and

3. Defendants' Motion to Dismiss (ECF No. 20) is granted without leave to amend.

Dated:  September 18, 2014

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```